IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02083-ZLW-MJW

PEIKER ACUSTIC, INC., and
PEIKER ACUSTIC GMBH & CO. KG,

Plaintiff(s),

v.

PATRICK KENNEDY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Plaintiff's Motion for Entry of Protective Order Regarding Confidential Materials (Docket No. 35) is **GRANTED** for those reasons as outlined in this subject motion and for those additional reasons as outlined in this court's Order (Docket No. 39) in the companion case of Cellport Systems, Inc. v. Peiker Acoustic GMBH & Co. KG, Case No. 09-cv-01007-MSK-MJW. which this court incorporates by reference.  See Docket No. 39 in Case No. 09-cv-01007-MSK-MJW. The subject motion (Docket No. 35) is further granted consistent with D.C.COLO.LCivR 7.1 C that states, *in pertinent part*, **"... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."**  In this case, there is no need for this court to wait for a response to the subject motion (Docket No. 35) since the identical issue was raised in the companion case of 09-cv-01007-MSK-MJW and this court has already addressed this issue in it's Order (Docket No. 39) in Case No. 09-cv-01007-MSK-MJW.

It is **FURTHER ORDERED** that the written Stipulated Protective Order (Docket No. 35-1) is **APPROVED** and made an Order of Court.

It is **FURTHER ORDERED** that Defendant Patrick Kennedy shall have up to and including March 15, 2011, to file any response to Plaintiff's Motion for Protective Order (Docket No. 33).

Date:  March 2, 2011