IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02083-REB-MJW

PEIKER ACUSTIC, INC. and
PEIKER ACUSTIC GMBH & CO. KG,

    Plaintiffs

v.

PATRICK KENNEDY

    Defendant

---

### ORDER (Docket No 48)

THIS COURT, having reviewed the Stipulated Motion to Amend Scheduling Order [29] to Extend Expert Witness Deadlines and being fully advised, hereby GRANTS the Motion.

Accordingly,

IT IS ORDERED that the parties' deadline for expert disclosures is extended to April 26, 2011, and the deadline for rebuttal expert disclosures is extended to May 17, 2011.

Dated: April X 2011.

BY THE COURT

By: _____
Michael J. Watanabe, Magistrate Judge

{W0858182 ALL}