IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02083-REB-MJW

PEIKER ACUSTIC, INC. and
PEIKER ACUSTIC GMBH & CO. KG,

        Plaintiffs

v.

PATRICK KENNEDY

        Defendant

---

**ORDER** ( Docket No 52 )

---

THIS COURT, having reviewed the Second Stipulated Motion to Further Amend Scheduling Order [~~39, 51~~ 52] and being fully advised, hereby GRANTS the Motion.

Accordingly,

IT IS ORDERED that the parties' deadlines are extended as follows:

    Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) will be made on or before May 10, 2011, with rebuttal expert disclosures to be made on or before June 3, 2011;

    The deposition of fact witness Reinhard Kromer will take place on June 9, 2011; and

    Depositions of fact witnesses Marios Zenios and Samir Tailor as well as any expert depositions will be taken between August 26, 2011 and September 7, 2011, the date of the pretrial conference in this matter.

Dated: May 2, 2011.

                              BY THE COURT

                              By: _____
                                  Michael J. Watanabe, Magistrate Judge