IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-02083-REB-MJW

PEIKER ACUSTIC, INC. and
PEIKER ACUSTIC GMBH & CO. KG,

       Plaintiffs

v.

PATRICK KENNEDY

       Defendant

---

**ORDER** ( Docket no. 54 )

---

THIS COURT, having reviewed the Stipulated Motion to Vacate Settlement Conference and being fully advised, hereby GRANTS the Motion.

Accordingly,

IT IS ORDERED that the settlement conference currently scheduled for May 19, 2011, is vacated.

Dated: May 2, 2011.

BY THE COURT

By: _____
Michael J. Watanabe, Magistrate Judge