IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02083-REB-MJW

PEIKER ACUSTIC, INC.  And
PEIKER ACUSTIC GMBH & CO. KG,

Plaintiff(s),

v.

PATRICK KENNEDY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiffs' Motion to Vacate Final Pretrial Conference (docket no. 77) is DENIED.  This court is aware of the companion litigation captioned *Cellport Systems, Inc. V. Peiker Acustic Gamgh & Co. Kg*, Case No. 09-cv-01007-MSK-MJW ("The Cellport lawsuit") since I am the Magistrate Judge assigned to the companion case.  The mere fact that the companion case is still pending before Judge Krieger is not a sufficient reason to continue the Final Pretrial Conference in this case.  Moreover, once the Final Pretrial Order is entered in this case then the parties may wish to file Joint Motion for Status Conference with Judge Blackburn [i.e. trial judge on the merits] to address the timing and setting of the trial on the merits in this case noting that no final resolution has been entered in the companion case.

Date:  August 19, 2011