IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    10-cv-02083-REB-MJW

PEIKER ACUSTIC, INC.  And
PEIKER ACUSTIC GMBH & CO. KG,

Plaintiff(s),

v.

PATRICK KENNEDY,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

Defendant's Motion to Modify Protective Order [38] (docket no. 46) is DENIED. This is the third time this court has addressed the issue of a protective order noting that in the companion case of *Cellport Systems, Inc. V. Peiker Acoustic GMBH & Co. KG*, Case No. 09-CV-01007-MSK-MJW I entered docket no. 39 listed below. I will incorporate by reference my previous Order Regarding Stipulated Protective Order (docket no. 39) in Case No. 09-CV-01007-MSK-MJW and my previous Minute Order (docket no. 37) in this case 10-CV-02083-REB-MJW for the basis of my denial of the subject motion (docket no. 46).

Date:  August 19, 2011