**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam      Date: April 4, 2012
Court Reporter: Tamara Hoffschildt

Civil Action No.: 10-cv-02083-JLK-MJW

*Parties:*                                                          *Counsel:*

PEIKER ACUSTIC, INC., et al,                          Christopher H. Toll
                                                                        Timothy P. Getzoff
     Plaintiffs/Counterclaim Defendants,        Keeya M. Jeffrey

v.

PATRICK KENNEDY,                                          William D. Meyer
                                                                        Angela L. Little
     Defendant/Counterclaimant.

---

**COURTROOM MINUTES**

**Motion Hearing**

**9:59 a.m.      Court in session.**

Court calls case.

Preliminary remarks by the Court.

Counsel agree to discuss settlement.

**10:13 a.m.    Court in recess.**

**10:47 a.m.    Court in session.**

Counsel state that no progress was made during settlement discussion.

Argument heard on Doc. No. 112.

10:48 a.m.    Argument by Mr. Toll.

*10-cv-02083-JLK-MJW*
*Motion Hearing*
*April 4, 2012*

11:01 a.m.    Argument by Mr. Meyer.

11:19 a.m.    Rebuttal argument by Mr. Toll.

Comments by the Court.

**ORDERED:  Plaintiffs' Motion For Voluntary Dismissal With Prejudice (Filed 3/27/12; Doc. No. 112) is taken UNDER ADVISEMENT.**

**11:29 a.m.    Court in recess until 1:30 p.m.**

**1:30 p.m.    Court in session.**

Comments and ruling by the Court.

**ORDERED:  Plaintiffs' Motion For Voluntary Dismissal With Prejudice (Filed 3/27/12; Doc. No. 112) is GRANTED.  The Plaintiffs' defamation claim against Patrick Kennedy is DISMISSED WITH PREJUDICE.**

**1:32 p.m.    Court in recess.**
Hearing concluded.
Total time in court: 58 minutes.