IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-02083-JLK

PEIKER ACUSTIC, INC., and
PEIKER ACUSTIC GMBH & CO. KG,

    Plaintiffs / Counterclaim Defendants,

v.

PATRICK KENNEDY,

    Defendant / Counterclaimant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 26th day of April 2012.

BY THE COURT:

_____
John L. Kane, Senior Judge

_____      _____
Counsel for Plaintiffs                         Counsel for Defendant