IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-02083-JLK**

**PEIKER ACUSTIC, INC.** and
**PEIKER ACUSTIC GMBH & CO. KG,**

    Plaintiffs/Counterclaim Defendants,

v.

**PATRICK KENNEDY,**

    Defendant/Counterclaimant.

## MINUTE ORDER

**Judge John L. Kane ORDERS**

    Defendant's Request (Motion) for Leave to File Reply in Support of Motion to Amend Final Judgment (Doc. 173) is GRANTED. Defendant's Reply is due on or before June 27, 2012.

Dated June 20, 2012.